BENJAMIN B. WAGNER
United States Attorney
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-179-KJN |
| Plaintiff, | ORDER DISMISSING |
| v. | INFORMATION WITHOUT PREJUDICE AND VACATING JURY TRIAL |
| LEE TRAMMELL, | DATE: June 26, 2013 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the trial confirmation hearing scheduled for June 26, 2013, and the jury trial scheduled for July 15, 2013, in the above captioned case is VACATED.

It is hereby ordered that the plaintiff United States of America's motion to dismiss without prejudice the Information in case no. 2:13-CR-179-KJN is GRANTED.

IT IS SO ORDERED.

Dated: June 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE